IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LIFE TECHNOLOGIES CORPORATION; APPLIED BIOSYSTEMS, LLC; INSTITUTE FOR PROTEIN RESEARCH; ALEXANDER CHETVERIN; HELENA CHETVERINA; and WILLIAM HONE,<br><br>               Plaintiffs,<br><br>   v.<br><br>ILLUMINA, INC. and SOLEXA, INC.,<br><br>               Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)   C.A. No. 09-706-RK<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF SERVICE

The undersigned hereby certifies that on the 20th day of November, 2009, **FED. R. CIV. P. 26(a)(1) INITIAL DISCLOSURES OF ILLUMINA, INC. AND SOLEXA, INC.** was served upon the following counsel of record at the address and in the manner indicated:

| | |
|---|---|
| Jack B. Blumenfeld, Esquire<br>Morris, Nichols, Arsht & Tunnell<br>1201 North Market Street<br>Wilmington, DE  19801 | HAND DELIVERY |
| Nicholas Groombridge, Esquire<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY  10153 | VIA ELECTRONIC MAIL |

{00355599;v1}

                              ASHBY & GEDDES

                              */s/ Lauren E. Maguire*

                              _____
                              Steven J. Balick (I.D. #2114)
                              Lauren E. Maguire (I.D. #4261)
                              Andrew D. Cordo (I.D. #4534)
                              500 Delaware Avenue, 8th Floor
                              P.O. Box 1150
                              Wilmington, DE, 19899
                              Tel: (302) 654-1888
                              Fax: (302) 654-2067
                              sbalick@ashby-geddes.com
                              lmaguire@ashby-geddes.com
                              acordo@ashby-geddes.com

                              *Counsel for Defendants/Cross-claimants*
                              *Illumina, Inc. and Solexa, Inc.*

*Of Counsel:*

Kevin M. Flowers
Matthew C. Nielsen
Mark H. Izraelewicz
John R. Labbé
Cullen N. Pendleton
MARSHALL, GERSTEIN & BORUN LLP
233 South Wacker Drive
Suite 6300
Chicago, IL  60606
(312) 474-6300

Dated:  November 20, 2009

## CERTIFICATE OF SERVICE

I hereby certify that on the 20th day of November, 2009, the attached **NOTICE OF SERVICE** was served upon the below-named counsel of record at the addresses and in the manner indicated:

| | |
|---|---|
| Jack B. Blumenfeld, Esquire<br>Morris, Nichols, Arsht & Tunnell<br>1201 North Market Street<br>Wilmington, DE  19801 | HAND DELIVERY |
| Nicholas Groombridge, Esquire<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY  10153 | VIA ELECTRONIC MAIL |

*/s/ Lauren E. Maguire*
_____
Lauren E. Maguire