IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| LIFE TECHNOLOGIES CORPORATION, et al., | : : | |
| Plaintiffs, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| ILLUMINA INC., et al., | : | No. 09-706 |
| Defendants. | : | |

## ORDER

AND NOW, this **31st** day of **March, 2011**, following a telephone conference with counsel, it is hereby **ORDERED** that:

1. The parties shall submit cross-motions regarding the transfer of this case, with special reference to the Northern and Southern Districts of California, by **April 15, 2011**.

2. The parties shall file responses to these motions by **April 22, 2011**.

BY THE COURT:

_____
Berle M. Schiller, J.