| | |
|---|---|
| 1 | KURTIS D. MACFERRIN (CSB No. 178006) |
| | BRADFORD P. SCHMIDT (CSB No. 174440) |
| 2 | LIFE TECHNOLOGIES CORPORATION |
| | 5791 Van Allen Way |
| 3 | Carlsbad, CA 92008 |
| | Telephone: (760) 603-7200 |
| 4 | Facsimile: (760) 602-6500 |
| 5 | NICHOLAS GROOMBRIDGE (*pro hac vice*) |
| | ELIZABETH WEISWASSER (*pro hac vice*) |
| 6 | PETER SANDEL (*pro hac vice*) |
| | JENNY C. WU (*pro hac vice*) |
| 7 | WEIL, GOTSHAL & MANGES LLP |
| | 767 5th Avenue |
| 8 | New York, NY 10153 |
| | Telephone: (212) 310-8000 |
| 9 | Facsimile: (212) 310-8007 |
| 10 | AUDREY MANESS (*pro hac vice*) |
| | WEIL, GOTSHAL & MANGES LLP |
| 11 | 700 Louisiana, Suite 1600 |
| | Houston, TX 77002 |
| 12 | Telephone: (713) 546-5000 |
| | Facsimile: (713) 224-9511 |
| 13 | |
| 14 | *Attorneys for Plaintiffs* |
| | LIFE TECHNOLOGIES CORPORATION, |
| 15 | APPLIED BIOSYSTEMS, LLC, INSTITUTE |
| | FOR PROTEIN RESEARCH, ALEXANDER |
| 16 | CHETVERIN, HELENA CHETVERINA, and |
| | WILLIAM HONE |

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| 19 | LIFE TECHNOLOGIES CORPORATION, APPLIED BIOSYSTEMS, LLC, INSTITUTE FOR PROTEIN RESEARCH, ALEXANDER CHETVERIN, HELENA CHETVERINA, and WILLIAM HONE, | Case No. 3:11-cv-00703-JAH-POR |
| | | **PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR PARTIAL SUMMARY JUDGMENT DISMISSING ILLUMINA'S PRIOR INVENTION DEFENSE** |
| 22 | Plaintiffs, | |
| | - against- | |
| 23 | | Hearing: June 20, 2011 |
| | ILLUMINA, INC. and SOLEXA, INC., | Time: 2:30 p.m. |
| 24 | | Place: Courtroom 11, 2nd Floor |
| | Defendants. | Judge: Hon. John A. Houston |

PLAINTIFFS' NOTICE OF MOT. AND MOT.
FOR PSJ DISMISSING ILLUMINA'S PRIOR
INVENTION DEFENSE                                          Case No. 3:11-cv-00703-JAH-POR

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on June 20, 2011 at 2:30 pm., in the courtroom of the Honorable John A. Houston, 940 Front Street, San Diego, California, plaintiffs Life Technologies Corporation, Applied Biosystems, LLC., Institute for Protein Research, Alexander Chetverin, Helena Chetverina, and William Hone (collectively "Plaintiffs") will, and hereby do, move pursuant to Rule 56 of the Federal Rules of Civil Procedure to dismiss defendants Illumina Inc. and Solexa Inc.'s (collectively "Illumina") prior inventor defense under 35 U.S.C. § 102(g) based on alleged work by third party Marilyn Stapleton. The Motion is based on the pleadings, the Memorandum of Points and Authorities submitted herewith; the Declaration of Jenny C. Wu in support of the Motion and corresponding exhibits, the Proposed Order submitted herewith, and such other and further papers and arguments as may be submitted to the Court in connection with the Motion.

Dated: April 27, 2011

Respectfully submitted,

By: */s/ Jenny C. Wu*

KURTIS D. MACFERRIN (CSB No. 178006)
Kurtis.MacFerrin@lifetech.com
BRADFORD P. SCHMIDT (CSB No. 174440)
Bradford.Schmidt@lifetech.com
NICHOLAS GROOMBRIDGE (*pro hac vice*)
nicholas.groombridge@weil.com
ELIZABETH WEISWASSER (*pro hac vice*)
elizabeth.weiswasser@weil.com
PETER SANDEL (*pro hac vice*)
peter.sandel@weil.com
JENNY C. WU (*pro hac vice*)
jenny.wu@weil.com
AUDREY MANESS (*pro hac vice*)
audrey.maness@weil.com

*Attorneys for Plaintiffs*
LIFE TECHNOLOGIES CORPORATION, APPLIED BIOSYSTEMS, LLC, INSTITUTE FOR PROTEIN RESEARCH, ALEXANDER CHETVERIN, HELENA CHETVERINA, and WILLIAM HONE