KURTIS D. MACFERRIN (CSB No. 178006)
BRADFORD P. SCHMIDT (CSB No. 174440)
LIFE TECHNOLOGIES CORPORATION
5791 Van Allen Way
Carlsbad, CA 92008
Telephone:  (760) 603-7200
Facsimile:   (760) 602-6500

NICHOLAS GROOMBRIDGE (*pro hac vice*)
ELIZABETH WEISWASSER (*pro hac vice*)
PETER SANDEL (*pro hac vice*)
JENNY C. WU (*pro hac vice*)
WEIL, GOTSHAL & MANGES LLP
767 5th Avenue
New York, NY 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

AUDREY L. MANESS (*pro hac vice*)
WEIL, GOTSHAL & MANGES LLP
700 Louisiana, Suite 1600
Houston, TX 77002
Telephone:  (713) 546-5000
Facsimile:  (713) 224-9511

*Attorneys for Plaintiffs*
LIFE TECHNOLOGIES CORPORATION,
APPLIED BIOSYSTEMS, LLC, INSTITUTE
FOR PROTEIN RESEARCH, ALEXANDER
CHETVERIN, HELENA CHETVERINA, and
WILLIAM HONE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIFE TECHNOLOGIES CORPORATION, APPLIED BIOSYSTEMS, LLC, INSTITUTE FOR PROTEIN RESEARCH, ALEXANDER CHETVERIN, HELENA CHETVERINA, and WILLIAM HONE,<br><br>Plaintiffs,<br><br>- against-<br><br>ILLUMINA, INC. and SOLEXA, INC.,<br><br>Defendants, | Case No. 3:11-cv-00703-JAH-POR<br><br>**PLAINTIFFS' EX PARTE MOTION FOR ORDER TO FILE UNDER SEAL CERTAIN DOCUMENTS IN SUPPORT OF PLAINTIFFS' MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF COMPELLING THE DEPOSITION OF JOHN WEST**<br><br>Hearing: June 20, 2011<br>Time:      2:00 pm<br>Place:     Courtroom 11, 2nd Floor<br>Judge:    Hon. Louisa S. Porter |

Plaintiffs hereby apply to the Court for an Order allowing Plaintiffs to file the following documents under seal in support of its Memorandum of Points and Authorities in Support of Compelling the Deposition of John West: Exhibits H – P to the Declaration of Audrey L. Maness In Support of Plaintiffs' Memorandum of Points and Authorities in Support of Compelling the Deposition of John West and Plaintiffs' Memorandum of Points and Authorities itself.  The reason for sealing the aforementioned exhibits is that Defendants have designated the documents or referenced transcripts as "Highly Confidential" under the Protective Order in this case.  The reason for sealing Plaintiffs' Memorandum of Points and Authorities is that document references the aforementioned exhibits in detail.

Dated:  June 10, 2011                                     Respectfully submitted,

By: */s/ Audrey L. Maness*

KURTIS D. MACFERRIN (CSB No. 178006)
Kurtis.MacFerrin@lifetech.com
BRADFORD P. SCHMIDT (CSB No. 174440)
Bradford.Schmidt@lifetech.com
NICHOLAS GROOMBRIDGE (*pro hac vice*)
nicholas.groombridge@weil.com
ELIZABETH WEISWASSER (*pro hac vice*)
elizabeth.weiswasser@weil.com
PETER SANDEL (*pro hac vice*)
peter.sandel@weil.com
JENNY C. WU (*pro hac vice*)
jenny.wu@weil.com
AUDREY L. MANESS (*pro hac vice*)
audrey.maness@weil.com

*Attorneys for Plaintiffs*
LIFE TECHNOLOGIES CORPORATION, APPLIED BIOSYSTEMS, LLC, INSTITUTE FOR PROTEIN RESEARCH, ALEXANDER CHETVERIN, HELENA CHETVERINA, and WILLIAM HONE