1  KURTIS D. MACFERRIN (CSB No. 178006)
   BRADFORD P. SCHMIDT (CSB No. 174440)
2  LIFE TECHNOLOGIES CORPORATION
   5791 Van Allen Way
3  Carlsbad, CA 92008
   Telephone:  (760) 603-7200
4  Facsimile:  (760) 602-6500

5  NICHOLAS GROOMBRIDGE (*pro hac vice*)
   ELIZABETH WEISWASSER (*pro hac vice*)
6  PETER SANDEL (*pro hac vice*)
   JENNY C. WU (*pro hac vice*)
7  WEIL, GOTSHAL & MANGES LLP
   767 5th Avenue
8  New York, NY 10153
   Telephone:  (212) 310-8000
9  Facsimile:  (212) 310-8007

10 AUDREY L. MANESS (*pro hac vice*)
   WEIL, GOTSHAL & MANGES LLP
11 700 Louisiana, Suite 1600
   Houston, TX 77002
12 Telephone:  (713) 546-5000
   Facsimile:  (713) 224-9511
13
   *Attorneys for Plaintiffs*
14 LIFE TECHNOLOGIES CORPORATION,
   APPLIED BIOSYSTEMS, LLC, INSTITUTE
15 FOR PROTEIN RESEARCH, ALEXANDER
   CHETVERIN, HELENA CHETVERINA, and
16 WILLIAM HONE

17              **UNITED STATES DISTRICT COURT**
                **SOUTHERN DISTRICT OF CALIFORNIA**
18

| | |
|---|---|
| 19  LIFE TECHNOLOGIES CORPORATION, APPLIED BIOSYSTEMS, LLC, INSTITUTE FOR PROTEIN RESEARCH, ALEXANDER CHETVERIN, HELENA CHETVERINA, and WILLIAM HONE,<br><br>Plaintiffs,<br>- against-<br><br>ILLUMINA, INC. and SOLEXA, INC.,<br><br>Defendants. | Case No. 3:11-cv-00703-JAH-POR<br><br>**PLAINTIFFS' NOTICE OF MOTION FOR EX PARTE MOTION FOR ORDER TO FILE UNDER SEAL CERTAIN DOCUMENTS IN SUPPORT OF PLAINTIFFS' MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF COMPELLING THE DEPOSITION OF JOHN WEST**<br><br>Hearing: June 20, 2011<br>Time:     2:30 p.m.<br>Place:    Courtroom 11, 2nd Floor<br>Judge:    Hon. John A. Houston |

PLAINTIFFS' NOTICE OF MOT.                          Case No. 3:11-cv-00703-JAH-POR

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on June 10, 2011, Plaintiffs filed the attached Motion for Order to File Under Seal Certain Documents in Support of Plaintiffs' Memorandum of Points and Authorities in Support of Compelling the Deposition of John West.  In connection with the above-referenced motion, Plaintiffs submitted redacted versions of the documents to be filed under seal.  Unredacted paper copies of all materials will arrive at the Court on Monday, June 13, 2011.  Plaintiffs served unredacted and redacted copies of all materials on opposing counsel the evening of June 10, 2011.

Dated:  June 10, 2011

Respectfully submitted,

By: */s/ Audrey L. Maness*

KURTIS D. MACFERRIN (CSB No. 178006)
Kurtis.MacFerrin@lifetech.com
BRADFORD P. SCHMIDT (CSB No. 174440)
Bradford.Schmidt@lifetech.com
NICHOLAS GROOMBRIDGE (*pro hac vice*)
nicholas.groombridge@weil.com
ELIZABETH WEISWASSER (*pro hac vice*)
elizabeth.weiswasser@weil.com
PETER SANDEL (*pro hac vice*)
peter.sandel@weil.com
JENNY C. WU (*pro hac vice*)
jenny.wu@weil.com
AUDREY MANESS (*pro hac vice*)
audrey.maness@weil.com

*Attorneys for Plaintiffs*
LIFE TECHNOLOGIES CORPORATION, APPLIED BIOSYSTEMS, LLC, INSTITUTE FOR PROTEIN RESEARCH, ALEXANDER CHETVERIN, HELENA CHETVERINA, and WILLIAM HONE