Matthew D. Murphey, Esq. (SBN 194111)
TROUTMAN SANDERS LLP
11682 El Camino Real, Suite 400
San Diego, CA  92130-2092
Email:      matt.murphey@troutmansanders.com
Telephone: (858) 509-6000
Facsimile:  (858) 509-6040

Attorneys for
Plaintiffs, Counterdefendants and Counterclaimants
LIFE TECHNOLOGIES CORPORATION,
APPLIED BIOSYSTEMS, LLC, INSTITUTE FOR
PROTEIN RESEARCH, ALEXANDER
CHETVERIN, HELENA CHETVERINA, and
WILLIAM HONE

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIFE TECHNOLOGIES CORPORATION, APPLIED BIOSYSTEMS, LLC, INSTITUTE FOR PROTEIN RESEARCH, ALEXANDER CHETVERIN, HELENA CHETVERINA, and WILLIAM HONE,<br><br>Plaintiffs,<br><br>v.<br><br>ILLUMINA, INC. and SOLEXA, INC.,<br><br>Defendants. | Case No. 11 CV 0703 JAH (POR)<br><br>**NOTICE OF APPEARANCE OF MATTHEW D. MURPHEY** |
| AND RELATED COUNTERCLAIMS | |

TO THE CLERK OF THE COURT, THE PARTIES, AND ALL COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT Matthew D. Murphey of Troutman Sanders LLP, hereby enters his appearance in the above-entitled action as additional counsel of record for Plaintiffs, Counterdefendants, and Counterclaimants LIFE TECHNOLOGIES CORPORATION, APPLIED BIOSYSTEMS, LLC, INSTITUTE FOR PROTEIN RESEARCH, ALEXANDER CHETVERIN, HELENA CHETVERINA, and WILLIAM HONE.

/ / /

/ / /

/ / /

1 | Mr. Murphey's contact information is as follows:

>Matthew D. Murphey (State Bar No. 194111)
>TROUTMAN SANDERS, LLP
>11682 El Camino Real, Suite 400
>San Diego, CA 92130-2092
>Telephone: (858) 509-6000
>Facsimile: (858) 224-6040
>Email: Matt.Murphey@troutmansanders.com

Dated: June 23, 2011                    /s/ Matthew D. Murphey
                                        Matthew D. Murphey
                                        TROUTMAN SANDERS LLP
                                        Attorneys for
                                        Plaintiffs/Counterdefendants/Counterclaimants
                                        LIFE TECHNOLOGIES CORPORATION,
                                        APPLIED BIOSYSTEMS, LLC, INSTITUTE
                                        FOR PROTEIN RESEARCH, ALEXANDER
                                        CHETVERIN, HELENA CHETVERINA, and
                                        WILLIAM HONE