UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIFE TECHNOLOGIES CORPORATION; APPLIED BIOSYSTEMS LLC; INSTITUTE FOR PROTEIN RESEARCH; ALEXANDER CHETVERIN; HELENA CHETVERINA; and WILLIAM HONE, | Civil No.   11-cv-0703-CAB (DHB) |
| Plaintiffs/Counter Defendants, | **ORDER GRANTING JOINT MOTION TO CONTINUE EXPERT DEADLINES** |
| v. | **[ECF No. 307]** |
| ILLUMINA, INC.; and SOLEXA, INC., | |
| Defendants/Counter Claimants. | |

On July 24, 2012, the parties filed a Joint Motion to Continue Expert Deadlines.  (ECF No. 307.) The parties request a continuance of the expert report deadlines and the close of expert discovery "in order to schedule and complete the numerous expert depositions in this case."  (*Id.* at 1:8.)  Good cause appearing, IT IS HEREBY ORDERED:

     1.    The parties' Joint Motion to Continue Expert Deadlines is **GRANTED**.

     2.    Each expert witness designated by a party shall prepare a written report to be provided to all other parties no later than **August 3, 2012**.

     3.    Any supplemental expert reports are due on or before **August 29, 2012**.

     4.    All expert discovery must be completed by all parties on or before **September 28, 2012**.

The parties are to consult the Court's April 25, 2012 Scheduling Order (ECF No. 284) for further details and requirements for each of the above identified events.

/ / /

All other dates in the Court's Scheduling Order remain unchanged.

**IT IS SO ORDERED**.

DATED:  July 25, 2012

DAVID H. BARTICK
United States Magistrate Judge