MATTHEW D. MURPHEY (SBN 194111)
TROUTMAN SANDERS LLP
11682 El Camino Real, Suite 400
San Diego, CA 92130
Telephone: (858) 509-6000

BRADFORD PAUL SCHMIDT (SBN 174440)
LIFE TECHNOLOGIES CORPORATION
5791 Van Allen Way
Carlsbad, CA 92008
Telephone: (760) 603-7200

NICHOLAS GROOMBRIDGE (*pro hac vice*)
CATHERINE NYARADY (*pro hac vice*)
PETER SANDEL (*pro hac vice*)
JENNY C. WU (*pro hac vice*)
REBECCA FETT (*pro hac vice*)
ROBERT LIN (*pro hac vice*)
PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP
1285 Avenue of Americas
New York, NY 10019
Telephone: (212) 373-3000

*Attorneys for Plaintiffs*
LIFE TECHNOLOGIES CORPORATION,
APPLIED BIOSYSTEMS, LLC, INSTITUTE
FOR PROTEIN RESEARCH, ALEXANDER
CHETVERIN, HELENA CHETVERINA, and
WILLIAM HONE

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIFE TECHNOLOGIES CORPORATION, APPLIED BIOSYSTEMS, LLC, INSTITUTE FOR PROTEIN RESEARCH, ALEXANDER CHETVERIN, HELENA CHETVERINA, and WILLIAM HONE, <br><br> Plaintiffs/Counterclaim Defendants, <br><br> v. <br><br> ILLUMINA, INC. and SOLEXA, INC., <br><br> Defendants/Counterclaim Plaintiffs. | Case No. 3:11-cv-00703-CAB (DHB) <br><br> **DECLARATION OF JENNY C. WU IN SUPPORT OF PLAINTIFFS' MOTIONS FOR SUMMARY JUDGMENT (NOS. 1-3) AND MOTIONS TO EXCLUDE EXPERT TESTIMONY (NOS. 1-2) [EXHIBITS 10, 11, 13, 15-18, 20, 22, 27, 29-33, 38-41, 43-45, and 48 FILED UNDER SEAL]** <br><br> Date:  January 17, 2013 <br> Time:  2:30 p.m. <br> Courtroom:  2 <br> Judge:  Hon. Cathy Ann Bencivengo |

I, Jenny Wu, hereby declare:

1.      I am an attorney with the law firm of Paul, Weiss, Rifkind, Wharton & Garrison LLP, counsel of record for plaintiffs Life Technologies Corporation, Applied Biosystems, LLC, Institute for Protein Research, Alexander Chetverin, Helena Chetverina, and William Hone (collectively, "Plaintiffs") in the above captioned matter.  I submit this declaration based on personal knowledge.  If called upon as a witness, I could competently testify to the truth of each statement herein.

2.      Exhibit 1 is a true and correct copy of U.S. Patent No. 5,616,478 (the "'478 Patent")

3.      Exhibit 2 is a true and correct copy of U.S. Patent No. 5,958,698 (the "'698 Patent").

4.      Exhibit 3 is a true and correct copy of U.S. Patent No. 6,001,568 (the "'568 Patent").

5.      Exhibit 4 is a true and correct copy of U.S. Patent No. 6,654,505 (the "'505 Patent").

6.      Exhibit 5 is a true and correct copy of U.S. Patent No. 6,831,994 (the "'994 Patent").

7.      Exhibit 6 is a true and correct copy of U.S. Patent No. 6,013,445 (the "'445 Patent").

8.      Exhibit 7 is a true and correct copy of U.S. Patent No. 7,232,656 (the "'656 Patent").

9.      Exhibit 8 is a true and correct copy of U.S. Patent No. 5,451,500 (the "'500 Patent").

10.     Exhibit 9 is a true and correct copy of the Memorandum and Order Regarding Claim Construction, No. 09-cv-706 (D. Del. Dec. 15, 2010).

11.     Exhibit 10 is a true and correct copy of excerpts from the August 3, 2012 Expert Report of John T. Goolkasian.  [FILED UNDER SEAL]

12.     Exhibit 11 is a true and correct copy of excerpts from the transcript of the

1   deposition of John T. Goolkasian, taken on September 26, 2012.  [FILED UNDER SEAL]

2         13.     Exhibit 12 is a true and correct copy of excerpts from the transcript of the

3   deposition of William J. Hone, taken on March 7, 2011.

4         14.     Exhibit 13 is a true and correct copy of excerpts from the August 3, 2012 Expert

5   Report of Jay A. Shendure.  [FILED UNDER SEAL]

6         15.     Exhibit 14 is a true and correct copy of excerpts from the August 29, 2012

7   Rebuttal Expert Report of Jay A. Shendure.

8         16.     Exhibit 15 is a true and correct copy of excerpts from the transcript of the

9   deposition of  Jay A. Shendure, taken on September 18, 2012.  [FILED UNDER SEAL]

10        17.     Exhibit 16 is a true and correct copy of the Illumina and Solexa's Fist Amended

11  Joint Answer to Plaintiffs' First Amended Complaint and Counterclaims, dated June 8, 2012.

12  [FILED UNDER SEAL]

13        18.     Exhibit 17 is a true and correct copy of excerpts from the transcript of the

14  deposition of  Lee William Jones, taken on November 19, 2010.  [FILED UNDER SEAL]

15        19.     Exhibit 18 is a true and correct copy of excerpts from the transcript of the

16  deposition of  Chengyong Yang, taken on July 6, 2012.  [FILED UNDER SEAL]

17        20.     Exhibit 19 is a true and correct copy of excerpts of Illumina and Solexa's

18  Supplemental Objections and Responses to Plaintiffs' Interrogatory Nos. 1 and 2, No. 11-cv-703

19  (S.D. Cal. Aug. 24, 2011).

20        21.     Exhibit 20 is a true and correct copy of excerpts from the August 3, 2012 Expert

21  Report of Richard D. Kolodner.  [FILED UNDER SEAL]

22        22.     Exhibit 21 is a true and correct copy of excerpts from the August 30, 2012

23  Rebuttal Expert Statement of Richard D. Kolodner.

24        23.     Exhibit 22 is a true and correct copy of excerpts from the August 31, 2012

25  Responsive Report of Michael Metzker.  [FILED UNDER SEAL]

26        24.     Exhibit 23 is a true and correct copy of the Joint Claim Construction Chart and

27  Statement, No. 09-cv-706 (D. Del. May 7, 2010).

28        25.     Exhibit 24 is a true and correct copy of Plaintiffs' Supplemental Response and

1    Objection to Illumina and Solexa's Interrogatory No. 1, No. 09-cv-706 (D. Del. Feb. 2, 2010).

2          26.    Exhibit 25 is a true and correct copy of the Joint Scheduling Order, No. 09-cv-706

3    (D. Del. Oct. 27, 2009).

4          27.    Exhibit 26 is a true and correct copy of the Order Granting Plaintiffs' Motion to

5    Revise the Scheduling Order, No. 09-cv-706 (D. Del. Feb. 2, 2010).

6          28.    Exhibit 27 is a true and correct copy of an excerpt from a Library Preparation

7    Guide for Applied Biosystem's SOLiD™ 4 System.  [FILED UNDER SEAL]

8          29.    Exhibit 28 is a true and correct copy of Exhibit 9 to Richard Kolodner's

9    Deposition taken on September 24, 2012, consisting of the article "Initial sequencing and analysis

10   of the human genome," International Human Genome Sequencing Consortium, dated February

11   15, 2001.

12         30.    Exhibit 29 is a true and correct copy of excerpts from the August 3, 2012 Expert

13   Report of Keith Backman.  [FILED UNDER SEAL]

14         31.    Exhibit 30 is a true and correct copy of excerpts from the August 3, 2012 Expert

15   Report of Nancy Stellwagen.  [FILED UNDER SEAL]

16         32.    Exhibit 31 is a true and correct copy of excerpts from the transcript of the

17   deposition of  Nancy Stellwagen, taken on September 20, 2012.  [FILED UNDER SEAL]

18         33.    Exhibit 32 is a true and correct copy of excerpts from the August 3, 2012 Expert

19   Report of Annelise Barron.  [FILED UNDER SEAL]

20         34.    Exhibit 33 is a true and correct copy of excerpts from the August 31, 2012

21   Rebuttal Expert Report of Jeremy Edwards.  [FILED UNDER SEAL]

22         35.    Exhibit 34 is a true and correct copy of the Curriculum Vitae of John Goolkasian.

23         36.    Exhibit 35 is a true and correct copy of a list of Cases in Which John Goolkasian

24   has Testified.

25         37.    Exhibit 36 is a true and correct copy of an excerpt of the Amendment and

26   Response to Office Action in *Inter Partes* Reexamination for the '505 patent, dated May 21,

27   2010.

28         38.    Exhibit 37 is a true and correct copy of Defendants' Disclosure of Expert

3

Testimony of Kevin Hall and Kevin Gunderson Pursuant to Rule 26(a)(2)(C), dated August 31, 2012.

39.     Exhibit 38 is a true and correct copy of excerpts from the transcript of the deposition of Jeffrey Eidel, taken on December 10, 2010.  [FILED UNDER SEAL]

40.     Exhibit 39 is a true and correct copy of excerpts from the transcript of the deposition of John Jarosz, taken on September 26, 2012.  [FILED UNDER SEAL]

41.     Exhibit 40 is a true and correct copy of excerpts from the transcript of the deposition of Andrea Sabot, taken on October 28, 2010.  [FILED UNDER SEAL]

42.     Exhibit 41 is a true and correct copy of excerpts from the transcript of the deposition of Jonathan Boutell, taken on October 27, 2010.  [FILED UNDER SEAL]

43.      Exhibit 42 is a true and correct copy of Plaintiffs' Amended Notice of 30(B)(6) Deposition , No. 09-cv-706 (D. Del. Oct. 21, 2010).

44.     Exhibit 43 is a true and correct copy of internal Illumina documents regarding BTA surface chemistry, bates numbered ILMN_0824003-ILMN_0824010.  [FILED UNDER SEAL]

45.     Exhibit 44 is a true and correct copy of excerpts from the August 31, 2012 Rebuttal Expert Report of John C. Russ.  [FILED UNDER SEAL]

46.     Exhibit 45 is a true and correct copy of excerpts from the transcript of the deposition of Michael Metzker, taken on October 4, 2012.  [FILED UNDER SEAL]

47.     Exhibit 46 is a true and correct copy of excerpts from the '505 patent reexamination right of notice to appeal, dated February 18, 2011.

48.     Exhibit 47 is a true and correct copy of  the '994 reexamination right of notice to appeal, dated May 31, 2011.

49.     Exhibit 48 is a true and correct copy of internal Illumina documents regarding Stability/Sticking Experiment, bates numbered ILMN_0841915-ILMN_0841919.  [FILED UNDER SEAL]

1    I declare under penalty of perjury that the foregoing is true and correct, and that

2    this declaration was executed on November 2, 2012 at New York, New York.

3

4    /s/ Jenny C. Wu
     Jenny C. Wu

5    Email:  JCWu@paulweiss.com

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Doc#: US1:8221224v2                                                    11-cv-00703-CAB (DHB)

**CERTIFICATE OF SERVICE**

I hereby certify that, on November 2, 2012, a true and correct copy of the document entitled:

**DECLARATION OF JENNY C. WU IN SUPPORT OF PLAINTIFFS' MOTIONS FOR SUMMARY JUDGMENT (NOS. 1-3) AND MOTIONS TO EXCLUDE EXPERT TESTIMONY (NOS. 1-2)**

was transmitted to the parties and counsel of record listed below via the Court's CM-ECF system

as a result of the electronic filing of these documents.

I also certify that true and correct copies of the following sealed lodged proposed

documents entitled:

**EXHIBITS 10, 11, 13, 15-18, 20, 22, 27, 29-33, 38-41, 43-45, and 48 FILED UNDER SEAL**

will be transmitted to the parties and counsel of record listed below via e-mail:

| | |
|---|---|
| Bradford P. Schmidt<br>LIFE TECHNOLOGIES CORPORATION<br>5791 Van Allen Way<br>Carlsbad, CA 92008<br>Telephone: (760) 603-7200<br>Email:<br>bradford.schmidt@lifetech.com | *Attorneys for Plaintiffs*<br>LIFE TECHNOLOGIES CORPORATION, APPLIED BIOSYSTEMS, LLC, INSTITUTE FOR PROTEIN RESEARCH, ALEXANDER CHETVERIN, HELENA CHETVERINA, and WILLIAM HONE |
| Nicholas Groombridge (*pro hac vice*)<br>Catherine Nyarady (*pro hac vice*)<br>Peter Sandel (*pro hac vice*)<br>Rebecca Fett (*pro hac vice*)<br>Jenny C. Wu (*pro hac vice*)<br>Robert Lin (*pro hac vice*)<br>PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP<br>1285 Avenue Of Americas<br>New York, NY 10019<br>Telephone: (212) 373-3000<br>Email:<br>ngroombridge@paulweiss.com<br>cnyarady@paulweiss.com<br>psandel@paulweiss.com | *Attorneys for Plaintiffs*<br>LIFE TECHNOLOGIES CORPORATION, APPLIED BIOSYSTEMS, LLC, INSTITUTE FOR PROTEIN RESEARCH, ALEXANDER CHETVERIN, HELENA CHETVERINA, and WILLIAM HONE |

Doc#: US1:8221224v2

11-cv-00703-CAB (DHB)

| | |
|---|---|
| rfett@paulweiss.com<br>jcwu@paulweiss.com<br>rlin@paulweiss.com | |
| Matthew D. Murphey<br>TROUTMAN SANDERS LLP<br>11682 El Camino Real, Suite 400<br>San Diego, CA 92130<br>Telephone:  (858) 509-6000<br>Email:<br>matt.murphey@troutmansanders.com | *Attorneys for Plaintiffs*<br>LIFE TECHNOLOGIES<br>CORPORATION, APPLIED<br>BIOSYSTEMS, LLC, INSTITUTE<br>FOR PROTEIN RESEARCH,<br>ALEXANDER CHETVERIN,<br>HELENA CHETVERINA, and<br>WILLIAM HONE |
| E. Joseph Connaughton<br>PAUL, PLEVIN, SULLIVAN & CONNAUGHTON<br>LLP<br>101 West Broadway, Ninth Floor<br>San Diego, CA 92010<br>Telephone:  (619) 744-3645<br>Email:<br>connaughton@paulplevin.com | *Attorneys for*<br>*Defendants/Counterclaimants*<br>ILLUMINA, INC. and SOLEXA, INC. |
| Mark H. Izraelewicz *(pro hac vice)*<br>Kevin M. Flowers *(pro hac vice)*<br>Matthew C. Nielsen *(pro hac vice)*<br>Cullen N. Pendleton *(pro hac vice)*<br>John R. Labbe *(pro hac vice)*<br>Amanda Antons *(pro hac vice)*<br>MARSHALL, GERSTEIN & BORUN LLP<br>233 South Wacker Drive<br>6300 Willis Tower<br>Chicago, IL 60606<br>Telephone:  (312) 474-6300<br>Email:<br>mizraelewicz@marshallip.com<br>kflowers@marshallip.com<br>mnielsen@marshallip.com<br>cpendleton@marshallip.com<br>jlabbe@marshallip.com<br>aantons@marshallip.com | *Attorneys for*<br>*Defendants/Counterclaimants*<br>ILLUMINA, INC. and SOLEXA, INC. |
| Ronald M. Wawrzyn *(pro hac vice)*<br>Matthew M. Wawrzyn *(pro hac vice)*<br>WAWRZYN LLC<br>233 South Wacker Drive, 84th Floor, Willis Tower<br>Chicago, IL 60606<br>Telephone:  (312) 283-8330<br>Email:<br>matt@wawrzynlaw.com<br>ron@wawrzynlaw.com | *Attorneys for*<br>*Defendants/Counterclaimants*<br>ILLUMINA, INC. and SOLEXA, INC. |

| | |
|---|---|
| Jeffrey N. Costakos *(pro hac vice)*<br>Rebecca J. Pirozzolo-Mellowes *(pro hac vice)*<br>FOLEY & LARDNER, LLP<br>777 East Wisconsin Avenue<br>Milwaukee, WI 53202<br>Telephone:  (414) 297-5717<br>Email:<br>jcostakos@foley.com<br>jpirozzolo-mellowes@foley.com | *Attorneys for*<br>*Defendants/Counterclaimants*<br>ILLUMINA INC. and SOLEXA, INC. |
| Steven J. Balick<br>Andrew Dieter Cordo<br>Lauren E. Maguire<br>Tiffany Geyer Lydon<br>ASHBY & GEDDES<br>500 Delaware Avenue, 8th Floor<br>PO Box 1150<br>Wilmington, DE  19899<br>Telephone:  (302) 654-1888<br>Email:<br>sbalick@ashby-geddes.com<br>acordo@ashby-geddes.com<br>lmaguire@ashby-geddes.com<br>tlydon@ashby-geddes.com | *Attorneys for*<br>*Defendants/Counterclaimants*<br>ILLUMINA, INC. and SOLEXA, INC. |

I declare under penalty of perjury under the laws of the State of California and the United States of America, that the above is true and correct, and that I executed this Certificate of Service on November 2, 2012, at San Diego, California.

/s/ Jenny C. Wu
_____
JENNY C. WU (*pro hac vice*)
Email:  JCWu@paulweiss.com

Doc#: US1:8221224v2