| | |
|---|---|
| MATTHEW D. MURPHEY (SBN 194111)<br>TROUTMAN SANDERS LLP<br>11682 El Camino Real, Suite 400<br>San Diego, CA  92130<br>Telephone: (858) 509-6000<br><br>BRADFORD PAUL SCHMIDT (SBN 174440)<br>LIFE TECHNOLOGIES CORPORATION<br>5791 Van Allen Way<br>Carlsbad, CA 92008<br>Telephone:  (760) 603-7200<br><br>NICHOLAS GROOMBRIDGE (*pro hac vice*)<br>CATHERINE NYARADY (*pro hac vice*)<br>PETER SANDEL (*pro hac vice*)<br>JENNY C. WU (*pro hac vice*)<br>REBECCA FETT (*pro hac vice*)<br>ROBERT LIN (*pro hac vice*)<br>PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP<br>1285 Avenue of Americas<br>New York, NY 10019<br>Telephone: (212) 373-3000<br><br>*Attorneys for Plaintiffs/Counterclaim Defendants*<br>LIFE TECHNOLOGIES CORPORATION, APPLIED BIOSYSTEMS, LLC, INSTITUTE FOR PROTEIN RESEARCH, ALEXANDER CHETVERIN, HELENA CHETVERINA, and WILLIAM HONE | E. Joseph Connaughton<br>PAUL, PLEVIN, SULLIVAN &CONNAUGHTON LLP<br>101 West Broadway, Ninth Floor<br>San Diego, CA 92010<br>Telephone:  (619) 744-3645<br><br>Mark H. Izraelewicz *(pro hac vice)*<br>Kevin M. Flowers *(pro hac vice)*<br>Matthew C. Nielsen *(pro hac vice)*<br>Cullen N. Pendleton *(pro hac vice)*<br>John R. Labbe *(pro hac vice)*<br>Amanda Antons *(pro hac vice)*<br>MARSHALL, GERSTEIN & BORUN LLP<br>233 South Wacker Drive<br>6300 Willis Tower<br>Chicago, IL 60606<br>Telephone: (312) 474-6300<br><br>Ronald M. Wawrzyn *(pro hac vice)*<br>Matthew M. Wawrzyn *(pro hac vice)*<br>WAWRZYN LLC<br>233 South Wacker Drive, 84th Floor, Willis Tower<br>Chicago, IL 60606<br>Telephone:  (312) 283-8330<br><br>*Attorneys for Defendants/Counterclaimants*<br>ILLUMINA, INC. and SOLEXA, INC. |

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LIFE TECHNOLOGIES CORPORATION, APPLIED BIOSYSTEMS, LLC, INSTITUTE FOR PROTEIN RESEARCH, ALEXANDER CHETVERIN, HELENA CHETVERINA, and WILLIAM HONE,<br><br>    Plaintiffs/Counterclaim Defendants,<br><br>v.<br><br>ILLUMINA, INC. and SOLEXA, INC.,<br><br>    Defendants/Counterclaim Plaintiffs. | Case No.  3:11-cv-00703-CAB (DHB)<br><br>**EX PARTE JOINT MOTION FOR BRIEFING SCHEDULE REGARDING MOTIONS FOR SUMMARY JUDGMENT** |

1  Life Technologies Corporation and Applied Biosystems LLC (together, "Life") and
2  Illumina, Inc. and Solexa, Inc. (together, "Illumina") hereby jointly move that the Court set the
3  below briefing schedule regarding Life's motion for summary judgment of noninfringement of
4  U.S. Patent No. 7,598,035 and Illumina's motion for summary judgment of noninfringement of
5  certain claims of the Chetverin Patents. Life has already filed its opening brief in support of its
6  motion and Illumina has represented that its opening brief in support of its motion will be of a
7  similar length (approximately one page). Thus, the parties do not expect the total briefing for
8  both motions to be more than 10 pages. Both of these motions are currently scheduled for oral
9  argument on January 17, 2013. Based upon the anticipated length of the briefs, the parties have
10 agreed to the below briefing schedule.

11     Life's Opening Brief:    Filed December 20, 2012
12     Illumina's Opening Brief:    Due January 4, 2013
13     Opposition Briefs:    Due January 10, 2013
14     Reply Briefs, if any:    Due January 14, 2013

15 ///
16 ///
17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

1

Life and Illumina met and conferred to come to a mutually agreeable briefing schedule such that the Court would have an opportunity to review all of the briefing prior to the January 17, 2013 hearing.

Dated: December 21, 2012                    Respectfully Submitted,

By:  /s/ Jenny C. Wu                         By:  /s/ Ronald M. Wawrzyn
Jenny C. Wu                                  Ronald M. Wawrzyn

Bradford Paul Schmidt                        E. Joseph Connaughton
LIFE TECHNOLOGIES CORPORATION                PAUL, PLEVIN, SULLIVAN &
5791 Van Allen Way                           CONNAUGHTON LLP
Carlsbad, CA 92008                           101 West Broadway, Ninth Floor
Telephone:  (760) 603-7200                   San Diego, CA 92010
                                             Telephone:  (619) 744-3645
Nicholas Groombridge (*pro hac vice*)
Catherine Nyaraday (*pro hac vice*)          Mark H. Izraelewicz (*pro hac vice*)
Peter Sandel (*pro hac vice*)                Kevin M. Flowers (*pro hac vice*)
Jenny C. Wu (*pro hac vice*)                 Matthew C. Nielsen (*pro hac vice*)
Rebecca Fett (*pro hac vice*)                Cullen N. Pendleton (*pro hac vice*)
Robert Lin (*pro hac vice*)                  John R. Labbe *(pro hac vice)*
PAUL, WEISS, RIFKIND, WHARTON &              Amanda Antons *(pro hac vice)*
GARRISON LLP                                 MARSHALL, GERSTEIN & BORUN LLP
1285 Avenue of Americas                      233 South Wacker Drive
New York, NY 10019                           6300 Willis Tower
Telephone: (212) 373-3000                    Chicago, IL 60606
                                             Telephone:  (312) 474-6300
Matthew D. Murphey
TROUTMAN SANDERS LLP                         Ronald M. Wawrzyn *(pro hac vice)*
11682 El Camino Real, Suite 400              Matthew M. Wawrzyn *(pro hac vice)*
San Diego, CA  92130                         WAWRZYN LLC
Telephone: (858) 509-6000                    233 South Wacker Drive, 84th Floor, Willis Tower
                                             Chicago, IL 60606
*Attorneys for Plaintiffs/Counterclaim       Telephone:  (312) 283-8330
Defendants*
LIFE TECHNOLOGIES CORPORATION,
APPLIED BIOSYSTEMS, LLC,                     *Attorneys for Defendants/Counterclaimants*
INSTITUTE FOR PROTEIN RESEARCH,              ILLUMINA INC. and SOLEXA, INC.
ALEXANDER CHETVERIN, HELENA
CHETVERINA, and WILLIAM HONE

# CERTIFICATE OF SERVICE

I hereby certify that, on December 21, 2012, a true and correct copy of the document entitled:

**EX PARTE JOINT MOTION FOR BRIEFING SCHEDULE REGARDING MOTIONS FOR SUMMARY JUDGMENT**

was transmitted to the parties and counsel of record listed below via the Court's CM-ECF system as a result of the electronic filing of these documents.

| | |
|---|---|
| Bradford P. Schmidt<br>LIFE TECHNOLOGIES CORPORATION<br>5791 Van Allen Way<br>Carlsbad, CA 92008<br>Telephone:  (760) 603-7200<br>Email:<br>bradford.schmidt@lifetech.com | *Attorneys for Plaintiffs*<br>LIFE TECHNOLOGIES CORPORATION, APPLIED BIOSYSTEMS, LLC, INSTITUTE FOR PROTEIN RESEARCH, ALEXANDER CHETVERIN, HELENA CHETVERINA, and WILLIAM HONE |
| Nicholas Groombridge  (*pro hac vice*)<br>Catherine Nyarady (*pro hac vice*)<br>Peter Sandel  (*pro hac vice*)<br>Rebecca Fett (*pro hac vice*)<br>Jenny C. Wu  (*pro hac vice*)<br>Robert Lin (*pro hac vice*)<br>PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP<br>1285 Avenue Of Americas<br>New York, NY 10019<br>Telephone:  (212) 373-3000<br>Email:<br>ngroombridge@paulweiss.com<br>cnyarady@paulweiss.com<br>psandel@paulweiss.com<br>rfett@paulweiss.com<br>jcwu@paulweiss.com<br>rlin@paulweiss.com | *Attorneys for Plaintiffs*<br>LIFE TECHNOLOGIES CORPORATION, APPLIED BIOSYSTEMS, LLC, INSTITUTE FOR PROTEIN RESEARCH, ALEXANDER CHETVERIN, HELENA CHETVERINA, and WILLIAM HONE |
| Matthew D. Murphey<br>TROUTMAN SANDERS LLP<br>11682 El Camino Real, Suite 400<br>San Diego, CA 92130<br>Telephone:  (858) 509-6000<br>Email:<br>matt.murphey@troutmansanders.com | *Attorneys for Plaintiffs*<br>LIFE TECHNOLOGIES CORPORATION, APPLIED BIOSYSTEMS, LLC, INSTITUTE FOR PROTEIN RESEARCH, ALEXANDER CHETVERIN, HELENA CHETVERINA, and WILLIAM HONE |

| | |
|---|---|
| E. Joseph Connaughton<br>PAUL, PLEVIN, SULLIVAN & CONNAUGHTON LLP<br>101 West Broadway, Ninth Floor<br>San Diego, CA 92010<br>Telephone: (619) 744-3645<br>Email:<br>connaughton@paulplevin.com | *Attorneys for Defendants/Counterclaimants*<br>ILLUMINA, INC. and SOLEXA, INC. |
| Mark H. Izraelewicz *(pro hac vice)*<br>Kevin M. Flowers *(pro hac vice)*<br>Matthew C. Nielsen *(pro hac vice)*<br>Cullen N. Pendleton *(pro hac vice)*<br>John R. Labbe *(pro hac vice)*<br>Amanda Antons *(pro hac vice)*<br>MARSHALL, GERSTEIN & BORUN LLP<br>233 South Wacker Drive<br>6300 Willis Tower<br>Chicago, IL 60606<br>Telephone: (312) 474-6300<br>Email:<br>mizraelewicz@marshallip.com<br>kflowers@marshallip.com<br>mnielsen@marshallip.com<br>cpendleton@marshallip.com<br>jlabbe@marshallip.com<br>aantons@marshallip.com | *Attorneys for Defendants/Counterclaimants*<br>ILLUMINA, INC. and SOLEXA, INC. |
| Ronald M. Wawrzyn *(pro hac vice)*<br>Matthew M. Wawrzyn *(pro hac vice)*<br>WAWRZYN LLC<br>233 South Wacker Drive, 84th Floor, Willis Tower<br>Chicago, IL 60606<br>Telephone: (312) 283-8330<br>Email:<br>matt@wawrzynlaw.com<br>ron@wawrzynlaw.com | *Attorneys for Defendants/Counterclaimants*<br>ILLUMINA, INC. and SOLEXA, INC. |
| Jeffrey N. Costakos *(pro hac vice)*<br>Rebecca J. Pirozzolo-Mellowes *(pro hac vice)*<br>FOLEY & LARDNER, LLP<br>777 East Wisconsin Avenue<br>Milwaukee, WI 53202<br>Telephone: (414) 297-5717<br>Email:<br>jcostakos@foley.com<br>jpirozzolo-mellowes@foley.com | *Attorneys for Defendants/Counterclaimants*<br>ILLUMINA INC. and SOLEXA, INC. |

| | |
|---|---|
| Steven J. Balick<br>Andrew Dieter Cordo<br>Lauren E. Maguire<br>Tiffany Geyer Lydon<br>ASHBY & GEDDES<br>500 Delaware Avenue, 8th Floor<br>PO Box 1150<br>Wilmington, DE  19899<br>Telephone:  (302) 654-1888<br>Email:<br>sbalick@ashby-geddes.com<br>acordo@ashby-geddes.com<br>lmaguire@ashby-geddes.com<br>tlydon@ashby-geddes.com | *Attorneys for Defendants/Counterclaimants*<br>ILLUMINA, INC. and SOLEXA, INC. |

I declare under penalty of perjury under the laws of the State of California and the United States of America, that the above is true and correct, and that I executed this Certificate of Service on December 21, 2012, at New York, New York.

>              */s/ Jenny C. Wu*
>              Jenny C. Wu
>              E-mail:  jcwu@paulweiss.com

3

Doc#: US1:8299922v1                                      11-cv-00703-CAB (DHB)