LIFE TECHNOLOGIES CORP., et al. V. ILLUMINA, INC. and SOLEXA, INC.

United States District Court – Southern District of California

Case No. 11 CV 00703 CAB (DHB)

# INDEX OF EXHIBITS

**Robert Lin's Declaration in Support of Memorandum of Points and Authorities in Opposition to Illumina and Solexa's Motion for Summary Judgment of Non-Infringement**

| EXHIBITS | DESCRIPTION | Page |
|---|---|---|
| 1 | Relevant excerpts from the confidential August 31, 2012 Rebuttal Expert Statement of George M. Weinstock | 1 |
| 2 | Relevant excerpts from the confidential August 3, 2012 Expert Report of Annelise Barron | 10 |
| 3 | U.S. Patent No. 5,616,478 (the "'478 patent") | 34 |
| 4 | Amendment and Response to Office Action in the Prosecution History for U.S. Patent No. 5,616,478, dated September 5, 1995 | 54 |
| 5 | Relevant excerpts from the confidential transcript of the deposition of George Weinstock, taken on September 26, 2012 | 66 |
| 6 | Amendment and Response to Office Action in the Prosecution History for U.S. Patent No. 5,616,478, dated December 23, 1994 | 75 |
| 7 | Illumina's draft constructions for its proposed claim terms | 109 |
| 8 | Plaintiffs' Proposed Constructions for Identified Terms in the '478, '698, '568 (Chetverin) patents | 120 |
| 9 | Relevant excerpts from the transcript of the Tutorial Presentation before the Honorable John A. Houston, dated October 7, 2011 | 128 |
| 10 | Relevant excerpts from the confidential transcript of the deposition of Keith C. Backman, taken on September 21, 2012 | 133 |

| EXHIBITS | DESCRIPTION | Page |
|---|---|---|
| 11 | Relevant excerpts from the confidential transcript of the deposition of Jonathan Boutell, taken on October 27, 2010 | 143 |
| 12 | Relevant excerpts from the confidential August 29, 2012 Expert Statement of Gary W. Slater | 153 |
| 13 | Relevant excerpts from the confidential transcript of the deposition of Gary Slater, taken on September 21, 2012 | 156 |
| 14 | Confidential Appendix C to the August 3, 2012 Expert Report of Annelise Barron | 161 |
| 15 | Confidential October 31, 2012 Declaration of Jonathan Boutell | 166 |
| 16 | Relevant excerpts from the confidential August 31, 2012 Expert Statement of Kirk J. Czymmek | 173 |
| 17 | U.S. Patent No. 5,958,698 (the "'698 patent") | 178 |
| 18 | Relevant excerpts from the confidential August 31, 2012 Rebuttal Expert Statement of George M. Weinstock | 197 |
| 19 | Relevant excerpts from the confidential August 3, 2012 Expert Report of Annelise Barron | 200 |
| 20 | Relevant excerpts from the confidential August 31, 2012 Rebuttal Expert Report of Annelise Barron | 206 |
| 21 | Confidential internal Illumina documents regarding Illumina Sequencing Surface Chemistry, bates numbered ILMN_1098599-ILMN_1098617 | 211 |