E. Joseph Connaughton (SBN 166765)
PAUL, PLEVIN, SULLIVAN & CONNAUGHTON LLP
101 West Broadway, Ninth Floor
San Diego, CA 92101
(619) 237-5200
jconnaughton@paulplevin.com

Kevin M. Flowers (*pro hac vice*)
Matthew C. Nielsen (*pro hac vice*)
Mark H. Izraelewicz (*pro hac vice*)
Cullen N. Pendleton (*pro hac vice*)
MARSHALL, GERSTEIN & BORUN LLP
233 South Wacker Drive
6300 Willis Tower
Chicago, Illinois 60606-6357
(312) 474-6300

Ronald M. Wawrzyn (*pro hac vice*)
Matthew M. Wawrzyn (*pro hac vice*)
WAWRZYN LLC
233 South Wacker Drive
84th Floor, Willis Tower
Chicago, IL 60606
(312) 283-8330

*Attorneys for Defendants
Illumina, Inc. and Solexa, Inc.*

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LIFE TECHNOLOGIES CORPORATION; APPLIED BIOSYSTEMS, LLC; INSTITUTE FOR PROTEIN RESEARCH; ALEXANDER CHETVERIN; HELENA CHETVERINA and WILLIAM HONE,<br><br>　　　　　Plaintiffs,<br>　　v.<br><br>ILLUMINA, INC. and SOLEXA, INC.,<br><br>　　　　　Defendants. | Case No. 3:11-cv-0703-CAB (DHB)<br><br>**ILLUMINA, INC. AND SOLEXA, INC.'S STATEMENT OF NON-OPPOSITION TO LIFE TECHNOLOGIES CORPORATION AND APPLIED BIOSYSTEMS, LLC'S MOTION FOR SUMMARY JUDGMENT OF NONINFRINGEMENT OF U.S. PATENT NO. 7,598,035**<br><br>Date:　　January 17, 2013<br>Time:　　2:30 p.m.<br>Place:　　Courtroom 2<br>Judge: Hon. Cathy Ann Bencivengo |

Pursuant to Local Rule 7.1(e)(2) and this Court's Order of December 27, 2012 (Dkt. 380), Illumina, Inc. and Solexa, Inc. (collectively, "Illumina") state that they do not oppose Life Technologies Corp.'s and Applied Biosystems, LLC's (collectively, "Life") Motion for Summary Judgment of NonInfringement of U.S. Patent No. 7,598,035 (Dkt. 349).  As explained by Life in its memorandum, the parties have been attempting to reach agreement on a stipulation of dismissal of certain claims and counterclaims, one of which is Illumina's claim of infringement of the '035 patent.  Although this process has stalled, Illumina does not intend to pursue its '035 infringement claim against Life.  Accordingly, Illumina does not oppose Life's motion for summary judgment of noninfringement of the '035 patent.

Dated:  January 4, 2013                         Respectfully submitted,

By: */s/ E. Joseph Connaughton*
    Paul, Plevin, Sullivan & Connaughton LLP
    101 West Broadway, Ninth Floor
    San Diego, CA  92101
    (619) 237-5200

    Kevin M. Flowers, Ph.D.
    Matthew C. Nielsen
    Mark H. Izraelewicz
    Cullen N. Pendleton, Ph.D.
    Amanda K. Antons, Ph.D.
    Marshall, Gerstein & Borun LLP
    233 South Wacker Drive
    6300 Willis Tower
    Chicago, IL 60606
    (312) 474-6300

    Ronald M. Wawrzyn
    Matthew M. Wawrzyn
    Wawrzyn LLC
    233 South Wacker Drive
    84th Floor, Willis Tower
    Chicago, IL 60606
    (312) 283-8330

    *Attorneys for Defendants*
    *Illumina, Inc. and Solexa, Inc.*