MATTHEW D. MURPHEY (SBN 194111)
matt.murphey@troutmansanders.com
TROUTMAN SANDERS LLP
11682 El Camino Real, Suite 400
San Diego, CA 92130
Telephone: (858) 509-6000

BRADFORD PAUL SCHMIDT (SBN 174440)
bradford.schmidt@lifetech.com
LIFE TECHNOLOGIES CORPORATION
5791 Van Allen Way
Carlsbad, CA 92008
Telephone: (760) 603-7200

NICHOLAS GROOMBRIDGE (*pro hac vice*)
ngroombridge@paulweiss.com
CATHERINE NYARADY (*pro hac vice*)
cnyarady@paulweiss.com
PETER SANDEL (*pro hac vice*)
psandel@paulweiss.com
JENNY C. WU (*pro hac vice*)
jcwu@paulweiss.com
REBECCA FETT (*pro hac vice*)
rfett@paulweiss.com
ROBERT LIN (*pro hac vice*)
rlin@paulweiss.com
PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP
1285 Avenue of Americas
New York, NY 10019
Telephone: (212) 373-3000

Attorneys for Plaintiffs/Counterclaim Defendants
LIFE TECHNOLOGIES CORPORATION, APPLIED BIOSYSTEMS, LLC, INSTITUTE FOR PROTEIN RESEARCH, ALEXANDER CHETVERIN, HELENA CHETVERINA, and WILLIAM HONE

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LIFE TECHNOLOGIES CORPORATION, APPLIED BIOSYSTEMS, LLC, INSTITUTE FOR PROTEIN RESEARCH, ALEXANDER CHETVERIN, HELENA CHETVERINA, and WILLIAM HONE,<br><br>Plaintiffs/Counterclaim Defendants,<br><br>v.<br><br>ILLUMINA, INC. and SOLEXA, INC.,<br><br>Defendants/Counterclaim Plaintiffs. | Case No. 3:11-cv-00703-CAB (DHB)<br><br>**PLAINTIFFS' STATEMENT OF NON-OPPOSITION TO ILLUMINA'S MOTION FOR SUMMARY JUDGMENT OF NONINFRINGEMENT OF THE UNASSERTED CLAIMS OF THE '478 PATENT (CLAIMS 6, 14, 15, AND 16); THE '698 PATENT (CLAIMS 15, 20, AND 21); AND THE '568 PATENT (CLAIMS 4, 10, AND 16)**<br><br>Date: January 17, 2013<br>Time: 2:30 p.m.<br>Place: Courtroom 2<br>Judge: Hon. Cathy Ann Bencivengo |

Pursuant to Local Rule 7.1(e)(2) and this Court's Order of December 27, 2012 (Doc. No. 380), Life Technologies Corporation, Applied Biosystems, LLC (collectively, "Life"), Institute for Protein Research, Alexander Chetverin, Helena Chetverina, and William Hone (collectively with Life, "Plaintiffs") state that they do not oppose Illumina, Inc.'s and Solexa, Inc.'s (collectively, "Illumina") Motion for Summary Judgment of Noninfringement of the Unasserted Claims of U.S. Patent No. 5,616,478 (claims 6, 14, 15, and 16); U.S. Patent No. 5,958,698 (claims 15, 20, and 21); and U.S. Patent No. 6,001,568 (claims 4, 10, and 16) (collectively, the "Unasserted Claims") [Doc. No. 387.]

The parties had been attempting to reach agreement on a stipulation of dismissal of U.S. Patent No. 7,598,035 (the "'035 patent"), which has been asserted by Illumina, based on Illumina's representations to Life that it was no longer going to pursue that patent and Illumina's decision to not serve any expert reports regarding infringement or validity of the '035 patent. Because that process stalled, Life was forced to separately move for summary judgment of noninfringement of the '035 patent. [Doc. No. 349.] That motion is unopposed. [Doc. No. 386.] In apparent response to Life's motion, Illumina now moves for summary judgment of the Unasserted Claims. Plaintiffs have informed Illumina that they do not intend to assert the Unasserted Claims against Illumina in this action and, accordingly, Plaintiffs do not oppose the instant motion.

Dated: January 10, 2013

Respectfully Submitted,

By: /s/ Jenny C. Wu
Jenny C. Wu

Bradford Paul Schmidt
LIFE TECHNOLOGIES CORPORATION
5791 Van Allen Way
Carlsbad, CA 92008
Telephone: (760) 603-7200

Nicholas Groombridge (*pro hac vice*)
Catherine Nyaraday (*pro hac vice*)
Peter Sandel (*pro hac vice*)
Jenny C. Wu (*pro hac vice*)
Rebecca Fett (*pro hac vice*)
Robert Lin (*pro hac vice*)
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
1285 Avenue of Americas
New York, NY 10019
Telephone: (212) 373-3000

Matthew D. Murphey
TROUTMAN SANDERS LLP
11682 El Camino Real, Suite 400
San Diego, CA 92130
Telephone: (858) 509-6000

Attorneys for Plaintiffs/Counterclaim Defendants LIFE TECHNOLOGIES CORPORATION, APPLIED BIOSYSTEMS, LLC, INSTITUTE FOR PROTEIN RESEARCH, ALEXANDER CHETVERIN, HELENA CHETVERINA, and WILLIAM HONE

# CERTIFICATE OF SERVICE

I hereby certify that, on January 10, 2013, a true and correct copy of the document entitled:

**PLAINTIFFS' STATEMENT OF NON-OPPOSITION TO ILLUMINA'S MOTION FOR SUMMARY JUDGMENT OF NONINFRINGEMENT OF THE UNASSERTED CLAIMS OF THE '478 PATENT (CLAIMS 6, 14, 15, AND 16); THE '698 PATENT (CLAIMS 15, 20, AND 21); AND THE '568 PATENT (CLAIMS 4, 10, AND 16)**

was transmitted to the parties and counsel of record listed below via the Court's CM-ECF system as a result of the electronic filing of these documents.

| | |
|---|---|
| Bradford P. Schmidt<br>LIFE TECHNOLOGIES CORPORATION<br>5791 Van Allen Way<br>Carlsbad, CA 92008<br>Telephone: (760) 603-7200<br>Email:<br>bradford.schmidt@lifetech.com | Attorneys for Plaintiffs/Counterclaim Defendants<br>LIFE TECHNOLOGIES CORPORATION, APPLIED BIOSYSTEMS, LLC, INSTITUTE FOR PROTEIN RESEARCH, ALEXANDER CHETVERIN, HELENA CHETVERINA, and WILLIAM HONE |
| Nicholas Groombridge (*pro hac vice*)<br>Catherine Nyarady (*pro hac vice*)<br>Peter Sandel (*pro hac vice*)<br>Rebecca Fett (*pro hac vice*)<br>Jenny C. Wu (*pro hac vice*)<br>Robert Lin (*pro hac vice*)<br>PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP<br>1285 Avenue Of Americas<br>New York, NY 10019<br>Telephone: (212) 373-3000<br>Email:<br>ngroombridge@paulweiss.com<br>cnyarady@paulweiss.com<br>psandel@paulweiss.com<br>rfett@paulweiss.com<br>jcwu@paulweiss.com<br>rlin@paulweiss.com | Attorneys for Plaintiffs/Counterclaim Defendants<br>LIFE TECHNOLOGIES CORPORATION, APPLIED BIOSYSTEMS, LLC, INSTITUTE FOR PROTEIN RESEARCH, ALEXANDER CHETVERIN, HELENA CHETVERINA, and WILLIAM HONE |
| Matthew D. Murphey<br>TROUTMAN SANDERS LLP<br>11682 El Camino Real, Suite 400<br>San Diego, CA 92130<br>Telephone: (858) 509-6000<br>Email:<br>matt.murphey@troutmansanders.com | Attorneys for Plaintiffs/Counterclaim Defendants<br>LIFE TECHNOLOGIES CORPORATION, APPLIED BIOSYSTEMS, LLC, INSTITUTE FOR PROTEIN RESEARCH, ALEXANDER CHETVERIN, HELENA CHETVERINA, and WILLIAM HONE |

| | | |
|---|---|---|
| 1 | E. Joseph Connaughton<br>PAUL, PLEVIN, SULLIVAN & CONNAUGHTON LLP<br>101 West Broadway, Ninth Floor<br>San Diego, CA 92010<br>Telephone: (619) 744-3645<br>Email: connaughton@paulplevin.com | Attorneys for Defendants/Counterclaim Plaintiffs<br>ILLUMINA, INC. and SOLEXA, INC. |
| 2 | Mark H. Izraelewicz *(pro hac vice)*<br>Kevin M. Flowers *(pro hac vice)*<br>Matthew C. Nielsen *(pro hac vice)*<br>Cullen N. Pendleton *(pro hac vice)*<br>John R. Labbe *(pro hac vice)*<br>Amanda Antons *(pro hac vice)*<br>MARSHALL, GERSTEIN & BORUN LLP<br>233 South Wacker Drive<br>6300 Willis Tower<br>Chicago, IL 60606<br>Telephone: (312) 474-6300<br>Email:<br>mizraelewicz@marshallip.com<br>kflowers@marshallip.com<br>mnielsen@marshallip.com<br>cpendleton@marshallip.com<br>jlabbe@marshallip.com<br>aantons@marshallip.com | Attorneys for Defendants/Counterclaim Plaintiffs<br>ILLUMINA, INC. and SOLEXA, INC. |
| 3 | Ronald M. Wawrzyn *(pro hac vice)*<br>Matthew M. Wawrzyn *(pro hac vice)*<br>WAWRZYN LLC<br>233 South Wacker Drive, 84th Floor, Willis Tower<br>Chicago, IL 60606<br>Telephone: (312) 283-8330<br>Email:<br>matt@wawrzynlaw.com<br>ron@wawrzynlaw.com | Attorneys for Defendants/Counterclaim Plaintiffs<br>ILLUMINA, INC. and SOLEXA, INC. |
| 4 | Jeffrey N. Costakos *(pro hac vice)*<br>Rebecca J. Pirozzolo-Mellowes *(pro hac vice)*<br>FOLEY & LARDNER, LLP<br>777 East Wisconsin Avenue<br>Milwaukee, WI 53202<br>Telephone: (414) 297-5717<br>Email:<br>jcostakos@foley.com<br>jpirozzolo-mellowes@foley.com | Attorneys for Defendants/Counterclaim Plaintiffs<br>ILLUMINA INC. and SOLEXA, INC. |
| 5 | Steven J. Balick<br>Andrew Dieter Cordo<br>Lauren E. Maguire<br>Tiffany Geyer Lydon<br>ASHBY & GEDDES<br>500 Delaware Avenue, 8th Floor<br>PO Box 1150 | Attorneys for Defendants/Counterclaim Plaintiffs<br>ILLUMINA, INC. and SOLEXA, INC. |

1 | Wilmington, DE  19899
2 | Telephone:  (302) 654-1888
  | Email:
3 | sbalick@ashby-geddes.com
  | acordo@ashby-geddes.com
4 | lmaguire@ashby-geddes.com
  | tlydon@ashby-geddes.com

   I declare under penalty of perjury under the laws of the State of California and the United States of America, that the above is true and correct, and that I executed this Certificate of Service on January 10, 2013, at New York, New York.

                              *s/ Jenny C. Wu*
                              Jenny C. Wu
                              E-mail:  JCWu@paulweiss.com