# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Life Technologies Corporation et al.,<br><br>　　　　　　　　　　　Plaintiffs,<br><br>vs.<br><br>Illumina Inc. et al.,<br><br>　　　　　　　　　　　Defendants. | CASE NO. 11cv00703-CAB (DHB)<br><br>ORDER<br>(1) GRANTING IN PART AND DENYING IN PART MOTION TO STAY [Doc. No. 288];<br>(2) DEEMING CERTAIN MOTIONS FOR SUMMARY JUDGMENT AS WITHDRAWN WITHOUT PREJUDICE  [Doc. Nos. 340, 341]; and<br>(3) GRANTING  MOTION FOR SUMMARY JUDGMENT OF NONINFRINGEMENT OF THE '035 PATENT [Doc. No. 349] |

　　　On May 25, 2012, plaintiffs/counterclaim defendants Life Technologies Corp., Applied Biosystems, LLC, Institute for Protein Research, Alexander Chetverin, Helena Chetverina and William Hone (hereinafter collectively "Life Tech") filed a renewed motion to stay the patent infringement counterclaim filed by defendants/counterclaimants Illumina, Inc. and Solexa, Inc. (hereinafter collectively "Illumina"). [Doc. No. 288.]  The four patents asserted by Illumina in its counterclaim, U.S. Patent Nos. 7,232,656 ("the '656 patent"); 6,654,505 ("the '505 patent"); 6,831,994 ("the '994 patent"); and 7,598,035 ("the '035 patent"), are the subject of inter partes reexamination proceedings initiated by Life Tech.  A previous motion to stay pending the outcome of the reexamination proceedings was denied in June, 2010 [Doc. No. 68], due to the indefinite nature of the stay.

　　　Life Tech renews the motion as the reexamination proceedings have progressed to a point such that Life Tech contends expending further resources by both the parties and the Court on the litigation

1  of these patents would be no longer be efficient. Illumina opposed the motion. [Doc. No. 297.] The
2  matter was taken under submission by the Court. While the parties patiently awaited the Court's
3  decision, the reexaminations continued to progress. On December 17, 2012, the parties jointly
4  submitted a report regarding the status of the four patents at issue. [Doc. No. 348.]

5  According to the joint statement of the parties, the asserted claims of the '656 patent and the
6  '505 patent were rejected in reexamination as invalid. Illumina appealed to the Patent Trial and
7  Appeal Board of the United States Patent and Trademark Office and the rejections were affirmed.
8  Additionally, an appeal of the reexamination determinations regarding the '994 patent was heard in
9  December, 2012. In light of these developments and the implications they have for the assertion of
10 these patents in this litigation, the Court finds the motion to stay any further proceedings appropriate
11 until final resolution of the reexamination process. Life Tech's motion to stay Illumina's patent
12 infringement counterclaim asserting the '656 patent, the '505 patent and the '994 patent [Doc. No.
13 288] is **GRANTED**.

14 Further the parties represented in their December joint statement that Illumina is withdrawing
15 its allegations of infringement of the '035 patent against Life Tech. [Doc. No. 348 at 2.] In light of
16 that representation, and the non-opposition to Life Tech's motion for summary judgment of
17 noninfringement discussed below, the motion to stay regarding the '035 patent [Doc. No. 288] is
18 **DENIED** as moot.

19 On November 2, 2012, Life Tech filed three motions for summary judgment of
20 noninfringement: (1) of the '656 patent [Doc. No. 340]; (2) of the '505 patent and the '994 patent [Doc
21 No. 341]; and (3) of the '035 patent [Doc. No. 349]. In light of the status of the '656 patent, the '505
22 patent and the '994 patent, and the Court's order herein to stay further litigation of the infringement
23 claims based on those patents, the motions for summary judgment of non-infringement as to these
24 patents [Doc. Nos. 340, 341] are **deemed withdrawn without prejudice**. Life Tech may resubmit
25 them, as necessary, following final determinations from the Patent Office on the status of these three
26 patents.

27 With regard to the '035 patent, on January 4, 2013, Illumina filed a notice of non-opposition
28 to Life Tech's motion for summary judgment of noninfringement. [Doc. No. 386.] Illumina states it
is withdrawing any claims of infringement against Life Tech regarding the '035 patent and therefore

1  does not oppose the motion for summary judgment. Life Tech's Motion for Summary Judgment of
2  Noninfringement of the '035 Patent [Doc. No. 349] is therefore **GRANTED** and the claims of
3  infringement of the '035 patent are **Dismissed with Prejudice**.
4      For the reasons stated above, it is hereby ordered that:
5  1. Life Tech's Motion to Stay litigation of Illumina's counterclaims for infringement of the '656
6     patent, the '505 patent and the '994 patent is **GRANTED**. The parties will provide the Court
7     with a joint status report on these patents no later than 60 days from the filing date of this
8     Order. Life Tech's Motion to Stay litigation of Illumina's counterclaim for infringement of
9     the '035 patent is **DENIED as moot**. [Doc. No. 288.]
10 2. Life Tech's Motions for Summary Judgment of Noninfringement of the '656 patent, the '505
11    patent and the '994 patent are **Deemed Withdrawn Without Prejudice**, subject to refiling
12    when the stay is lifted. [Doc. Nos. 340, 341.]
13 3. Life Tech's Motion for Summary Judgment of Non-Infringement of the '035 patent is
14    **GRANTED**, and the claims of infringement of the '035 patent are **Dismissed With Prejudice**.
15    [Doc. No. 349.]

17 DATED: January 16, 2013

19 **CATHY ANN BENCIVENGO**
United States District Judge