## MINUTES OF THE UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

Case Name:    **Life Technologies Corp., et al. v. Illumina, Inc., et al**    Case Number:    **11cv703-CAB (DHB)**

Hon. Cathy Ann Bencivengo          Ct. Deputy Lori Hernandez          Rptr. Tape:

As stated during the January 17, 2013 hearing, the operative scheduling order [Doc. No. 284] for this matter is VACATED.  **IT IS SO ORDERED.**

Date:      January 25, 2013

Initials: smm