Matthew D. Murphey (SBN 194111)
matt.murphey@troutmansanders.com
TROUTMAN SANDERS LLP
11682 El Camino Real, Suite 400
San Diego, CA 92130
Telephone: (858) 509-6000

Bradford Paul Schmidt (SBN 174440)
LIFE TECHNOLOGIES
CORPORATION
5791 Van Allen Way
Carlsbad, CA 92008
Telephone: (760) 603-7200

Nicholas Groombridge (*pro hac vice*)
David J. Ball, Jr. (*pro hac vice*)
Catherine Nyarady (*pro hac vice*)
Peter Sandel (*pro hac vice*)
Jenny C. Wu (*pro hac vice*)
Rebecca Fett (*pro hac vice*)
Erin A. Wiggins (*pro hac vice*)
Josephine Young (*pro hac vice*)
Robert Lin (*pro hac vice*)
PAUL, WEISS, RIFKIND,
WHARTON & GARRISON LLP
1285 Avenue of Americas
New York, NY 10019
Telephone: (212) 373-3000

*Attorneys for Plaintiffs*
LIFE TECHNOLOGIES
CORPORATION, APPLIED
BIOSYSTEMS, LLC, INSTITUTE
FOR PROTEIN RESEARCH,
ALEXANDER CHETVERIN,
HELENA CHETVERINA, and
WILLIAM HONE

E. Joseph Connaughton (SBN 166765)
PAUL, PLEVIN, SULLIVAN &
CONNAUGHTON LLP
101 West Broadway, Ninth Floor
San Diego, CA 92010
Telephone: (619) 744-3645

Kevin M. Flowers (*pro hac vice*)
Matthew C. Nielsen (*pro hac vice*)
Mark H. Izraelewicz (*pro hac vice*)
John R. Labbe (*pro hac vice*)
Cullen N. Pendleton (*pro hac vice*)
Amanda Antons (*pro hac vice*)
MARSHALL, GERSTEIN & BORUN
LLP
233 South Wacker Dr. / 6300 Willis
Tower
Chicago, IL 60606
Telephone: (312) 474-6300

Ronald M. Wawrzyn (*pro hac vice*)
Matthew M. Wawrzyn (*pro hac vice*)
WAWRZYN LLC
233 South Wacker Dr., 84th Fl, Willis
Tower
Chicago, IL 60606
Telephone: (312) 283-8330

*Attorneys for Defendants*
ILLUMINA, INC. and SOLEXA,
INC.

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIFE TECHNOLOGIES CORPORATION, APPLIED BIOSYSTEMS, LLC, INSTITUTE FOR PROTEIN RESEARCH, ALEXANDER CHETVERIN, HELENA CHETVERINA, and WILLIAM HONE,<br><br>Plaintiffs,<br><br>v.<br><br>ILLUMINA, INC. and SOLEXA, INC.,<br><br>Defendants. | Case No. 3:11-cv-00703-CAB (DHB)<br><br>**JOINT STATUS REPORT REGARDING THE ISSUES REMAINING OPEN AFTER THE COURT'S ENTRY OF SUMMARY JUDGMENT OF NONINFRINGEMENT OF PLAINTIFFS' PATENTS-IN-SUIT** |

20235449v1

1  Pursuant to the Court's March 20, 2013 Order granting Illumina's

2  motion for summary judgment of noninfringement and in preparation for the April

3  4, 2013 status conference, plaintiffs Life Technologies Corporation, Applied

4  Biosystems, LLC (collectively, "Life"), Institute for Protein Research, Alexander

5  Chetverin, Helena Chetverina and William Hone (collectively with Life,

6  "Plaintiffs") and defendants Illumina, Inc. and Solexa, Inc. (collectively,

7  "Illumina") hereby submit a joint status report on the issues that still require

8  resolution with regards to both Plaintiffs' patents-in-suit and Illumina's patents-in-

9  suit.  [Doc. No. 488.]

10  **I.      Open Issues Relating To Plaintiffs' Patents-In-Suit**

11  With respect to Plaintiffs' patents-in-suit (hereinafter, the "Chetverin

12  Patents"), Plaintiffs are currently preparing a motion to respectfully request that the

13  Court reconsider its summary judgment ruling of noninfringement under Civil

14  Local Rule 7.1(i) or, in the alternative, amend its March 20, 2013 Order under

15  Federal Rule of Civil Procedure 60(b).  Illumina will be opposing this motion.

16  Independent of Plaintiffs' motion, the remaining open issues are as

17  follows:  1)  Illumina's counterclaims for declaratory judgment of invalidity [Doc.

18  No. 293 at 72], and 2) Illumina's counterclaims for declaratory judgment of

19  unenforceability [Doc. No. 293 at 73].

20  Plaintiffs submit that resolution of how to address these open issues is

21  premature in view of Plaintiffs' motion for reconsideration, and Illumina agrees.

22  Illumina separately suggests that if the non-infringement judgment becomes "final"

23  after the motion for reconsideration, then there would be "no just reason for delay"

24  under Rule 54(b) of the Federal Rules of Civil Procedure under the standard set

25  forth in *W.L. Gore & Associates v. Intern Medical Prosthetics Research Associates,*

26  *Inc.*, 975 F.2d 858 (Fed. Cir. 1992).

27  / / /

28  / / /

20235449v1

**II.      Open Issues Relating To Illumina's Patents-In-Suit**

With respect to Illumina's three patents-in-suit against Life, the parties agree that a stay of litigation of those claims pending *inter partes* reexamination continues to be appropriate.  Until Plaintiffs' motion for reconsideration is resolved, Life submits that it would be premature to consider how to resolve Illumina's patent counterclaims.  Illumina suggests that, if the non-infringement judgment becomes final after a motion for reconsideration, a Rule 54(b) certification of that judgment would be appropriate under *W.L. Gore*.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

1  Respectfully submitted,                   Dated: April 2, 2013

2
   By:  s/ Jenny C. Wu                       By:  s/ Ronald M. Wawrzyn
3  Jenny C. Wu                               Ronald M. Wawrzyn

4  Bradford Paul Schmidt                     E. Joseph Connaughton
   LIFE TECHNOLOGIES                         PAUL, PLEVIN, SULLIVAN &
   CORPORATION                               CONNAUGHTON LLP
5  5791 Van Allen Way                        101 West Broadway, Ninth Floor
   Carlsbad, CA 92008                        San Diego, CA 92010
6  Telephone:  (760) 603-7200                Telephone:  (619) 744-3645

7
   Matthew D. Murphey                        Kevin M. Flowers (pro hac vice)
8  TROUTMAN SANDERS LLP                      Matthew C. Nielsen (pro hac vice)
   11682 El Camino Real, Suite 400           Mark H. Izraelewicz (pro hac vice)
   San Diego, CA  92130                      John R. Labbe (pro hac vice)
9  Telephone:   (858) 509-6000               Cullen N. Pendleton (pro hac vice)
                                             Amanda Antons (pro hac vice)
10 Nicholas Groombridge (pro hac             MARSHALL, GERSTEIN & BORUN LLP
   vice)                                     233 South Wacker Drive
11 David J. Ball, Jr. (pro hac vice)         6300 Willis Tower
   Catherine Nyarady (pro hac vice)          Chicago, IL 60606
12 Peter Sandel (pro hac vice)               Telephone:  (312) 474-6300
   Jenny C. Wu (pro hac vice)
13 Rebecca Fett (pro hac vice)
   Erin Wiggins (pro hac vice)               Ronald M. Wawrzyn (pro hac vice)
14 Josephine Young (pro hac vice)            Matthew M. Wawrzyn (pro hac vice)
   Robert Lin (pro hac vice)                 WAWRZYN LLC
15 PAUL, WEISS, RIFKIND,                     233 South Wacker Drive, 84th Fl, Willis
   WHARTON & GARRISON LLP                    Tower
16 1285 Avenue of Americas                   Chicago, IL 60606
   New York, NY 10019                        Telephone:  (312) 283-8330
17 Telephone: (212) 373-3000

18 Attorneys for                             Jeffrey N. Costakos (pro hac vice)
   Plaintiffs/Counterclaim Defendants        Rebecca J. Pirozzolo-Mellowes (pro hac
19 LIFE TECHNOLOGIES                         vice)
   CORPORATION, APPLIED                      FOLEY & LARDNER, LLP
20 BIOSYSTEMS, LLC, INSTITUTE                777 East Wisconsin Avenue
   FOR PROTEIN RESEARCH,                     Milwaukee, WI 53202
21 ALEXANDER CHETVERIN,                      Telephone:  (414) 297-5717
   HELENA CHETVERINA, and                    Email:
22 WILLIAM HONE                              jcostakos@foley.com
                                             jpirozzolo-mellowes@foley.com
23
                                             Attorneys for Defendants/Counterclaimants
24                                           ILLUMINA, INC. and SOLEXA, INC.

25

26

27

28
   _____
                                 3                11-CV-00703-CAB (DHB)

# CERTIFICATE OF SERVICE

I hereby certify that, on April 2, 2013, a true and correct copy of the

document entitled:

**JOINT STATUS REPORT REGARDING THE ISSUES REMAINING OPEN AFTER THE COURT'S ENTRY OF SUMMARY JUDGMENT OF NONINFRINGEMENT OF PLAINTIFFS' PATENTS-IN-SUIT**

was transmitted to the parties and counsel of record listed below via the Court's

CM-ECF system as a result of the electronic filing of these documents.

| | |
|---|---|
| Bradford P. Schmidt<br>LIFE TECHNOLOGIES CORPORATION<br>5791 Van Allen Way<br>Carlsbad, CA 92008<br>Telephone: (760) 603-7200<br>Email:<br>bradford.schmidt@lifetech.com | Attorneys for Plaintiffs/Counterclaim Defendants<br>LIFE TECHNOLOGIES CORPORATION, APPLIED BIOSYSTEMS, LLC, INSTITUTE FOR PROTEIN RESEARCH, ALEXANDER CHETVERIN, HELENA CHETVERINA, and WILLIAM HONE |
| Nicholas Groombridge (*pro hac vice*)<br>David J. Ball, Jr. (*pro hac vice*)<br>Catherine Nyarady (*pro hac vice*)<br>Peter Sandel (*pro hac vice*)<br>Rebecca Fett (*pro hac vice*)<br>Jenny C. Wu (*pro hac vice*)<br>Erin A. Wiggins (*pro hac vice*)<br>Josephine Young (*pro hac vice*)<br>Robert Lin (*pro hac vice*)<br>PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP<br>1285 Avenue Of Americas<br>New York, NY 10019<br>Telephone: (212) 373-3000<br>Email:<br>ngroombridge@paulweiss.com<br>dball@paulweiss.com<br>cnyarady@paulweiss.com<br>psandel@paulweiss.com<br>rfett@paulweiss.com<br>jcwu@paulweiss.com<br>ewiggins@paulweiss.com<br>jyoung@paulweiss.com<br>rlin@paulweiss.com | Attorneys for Plaintiffs/Counterclaim Defendants<br>LIFE TECHNOLOGIES CORPORATION, APPLIED BIOSYSTEMS, LLC, INSTITUTE FOR PROTEIN RESEARCH, ALEXANDER CHETVERIN, HELENA CHETVERINA, and WILLIAM HONE |
| Matthew D. Murphey<br>TROUTMAN SANDERS LLP<br>11682 El Camino Real, Suite 400 | Attorneys for Plaintiffs/Counterclaim Defendants |

4

11-CV-00703-CAB (DHB)

| | |
|---|---|
| San Diego, CA 92130<br>Telephone:  (858) 509-6000<br>Email:<br>matt.murphey@troutmansanders.com | LIFE TECHNOLOGIES CORPORATION, APPLIED BIOSYSTEMS, LLC, INSTITUTE FOR PROTEIN RESEARCH, ALEXANDER CHETVERIN, HELENA CHETVERINA, and WILLIAM HONE |
| E. Joseph Connaughton<br>PAUL, PLEVIN, SULLIVAN & CONNAUGHTON LLP<br>101 West Broadway, Ninth Floor<br>San Diego, CA 92010<br>Telephone:  (619) 744-3645<br>Email:<br>connaughton@paulplevin.com | Attorneys for Defendants/Counterclaim Plaintiffs ILLUMINA, INC. and SOLEXA, INC. |
| Mark H. Izraelewicz *(pro hac vice)*<br>Kevin M. Flowers *(pro hac vice)*<br>Matthew C. Nielsen *(pro hac vice)*<br>Cullen N. Pendleton *(pro hac vice)*<br>John R. Labbe *(pro hac vice)*<br>Amanda Antons *(pro hac vice)*<br>MARSHALL, GERSTEIN & BORUN LLP<br>233 South Wacker Drive<br>6300 Willis Tower<br>Chicago, IL 60606<br>Telephone:  (312) 474-6300<br>Email:<br>mizraelewicz@marshallip.com<br>kflowers@marshallip.com<br>mnielsen@marshallip.com<br>cpendleton@marshallip.com<br>jlabbe@marshallip.com<br>aantons@marshallip.com | Attorneys for Defendants/Counterclaim Plaintiffs ILLUMINA, INC. and SOLEXA, INC. |
| Ronald M. Wawrzyn *(pro hac vice)*<br>Matthew M. Wawrzyn *(pro hac vice)*<br>WAWRZYN LLC<br>233 South Wacker Drive, 84th Floor, Willis Tower<br>Chicago, IL 60606<br>Telephone:  (312) 283-8330<br>Email:<br>matt@wawrzynlaw.com<br>ron@wawrzynlaw.com | Attorneys for Defendants/Counterclaim Plaintiffs ILLUMINA, INC. and SOLEXA, INC. |
| Jeffrey N. Costakos *(pro hac vice)*<br>Rebecca J. Pirozzolo-Mellowes *(pro hac vice)*<br>FOLEY & LARDNER, LLP<br>777 East Wisconsin Avenue<br>Milwaukee, WI 53202<br>Telephone:  (414) 297-5717<br>Email:<br>jcostakos@foley.com | Attorneys for Defendants/Counterclaim Plaintiffs ILLUMINA INC. and SOLEXA, INC. |

| | |
|---|---|
| jpirozzolo-mellowes@foley.com | |
| Steven J. Balick<br>Andrew Dieter Cordo<br>Lauren E. Maguire<br>Tiffany Geyer Lydon<br>ASHBY & GEDDES<br>500 Delaware Avenue, 8th Floor<br>PO Box 1150<br>Wilmington, DE  19899<br>Telephone:  (302) 654-1888<br>Email:<br>sbalick@ashby-geddes.com<br>acordo@ashby-geddes.com<br>lmaguire@ashby-geddes.com<br>tlydon@ashby-geddes.com | Attorneys for<br>Defendants/Counterclaim Plaintiffs<br>ILLUMINA, INC. and SOLEXA,<br>INC. |

I declare under penalty of perjury under the laws of the State of California and the United States of America, that the above is true and correct, and that I executed this Certificate of Service on April 2, 2013, at New York, New York.

*s/ Jenny C. Wu*
Jenny C. Wu
E-mail:  JCWu@paulweiss.com

6                    11-CV-00703-CAB (DHB)