# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIFE TECHNOLOGIES CORPORATION, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ILLUMINA, INC., et al., <br><br> Defendant. | Case No. 11cv703 BTM(DHB) <br><br> **ORDER RE: DENIAL OF MOTION FOR RECONSIDERATION** |

Plaintiffs' motion for reconsideration of Judge Bencivengo's order granting Defendants' motion for summary judgment of non-infringement of the Chetverin Patents is denied for the reasons set forth in a separate sealed order. The Order is sealed to protect private personal information as well confidential proprietary information.

**IT IS SO ORDERED.**

DATED:  December 23, 2013

_____
BARRY TED MOSKOWITZ, Chief Judge
United States District Court