# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIFE TECHNOLOGIES CORPORATION, APPLIED BIOSYSTEMS, LLC, INSTITUTE FOR PROTEIN RESEARCH, ALEXANDER CHETVERIN, HELENA CHETVERINA, and WILLIAM HONE, <br><br> Plaintiffs/Counterclaim Defendants, <br><br> v. <br><br> ILLUMINA, INC. and SOLEXA, INC., <br><br> Defendants/Counterclaim Plaintiffs. | Case No. 3:11-cv-00703-BTM (DHB) <br><br> **ORDER GRANTING JOINT MOTION TO CONTINUE THE JANUARY 22, 2014 STATUS CONFERENCE** |

On January 16, 2014, Plaintiffs Life Technologies Corporation, Applied Biosystems LLC., Institute for Protein Research, Alexander Chetverin, Helena Chetverina and William Hone (collectively, "Plaintiffs") and Defendants Illumina, Inc. and Solexa, Inc. ("Illumina") filed a stipulation and joint motion to postpone the January 22, 2014 status conference to February 19, 2014, or such later date as the Court's schedule can accommodate and to permit counsel for the parties to join the status conference telephonically. The Court, having duly considered Life's Motion, hereby GRANTS the Motion.

11-CV-00703-BTM (DHB)

20235449v1

The status conference is continued to **February 25, 2014 at 10:00 a.m.** Counsel may participate telephonically but are requested to arrange the conference call among themselves and call into the courtroom on one telephone line.

**IT IS SO ORDERED.**

Dated: Jan. 21, 2014

_____
HONORABLE BARRY TED MOSKOWITZ
UNITED STATES DISTRICT COURT JUDGE