

# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Life Technologies Corporation; Applied Biosystems LLC; Institute for Protein Research; Alexander Chetverin; Helena Chetverina; William Hone, | Civil Action No.   11cv0703-BTM-DHB |
| **Plaintiff,** | |
| **V.** | |
| Illumina Inc.; Solexa Inc., | **JUDGMENT IN A CIVIL CASE** |
| (Additional parties listed on Attachment.)  **Defendant.** | |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

(1) Illumina's counterclaims of invalidity and inequitable conduct against the Life Tech Patents shall be dismissed without prejudice,

(2) The Clerk shall enter final judgment of non-infringement of the Life Tech Patents (U.S. Patent Nos. 5,616,478, 5,958,698, and 6,001,568) pursuant to Rule 54(b) because there is no just reason for delaying entry of such a judgment where there are no remaining unadjudicated claims related to those patents, and

(3) Enforcement of rulings on costs and fees related to Life Tech's claims of infringement shall be stayed until the exhaustion of all rights to appellate review of the claims and final, non-reviewable judgment is entered.

**Date:** _____4/28/14_____

**CLERK OF COURT**
**JOHN MORRILL, Acting Clerk of Court**
By:  s/  R. Uran _____

R. Uran, Deputy

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

(ATTACHMENT)

Civil Action No.  11cv0703-BTM-DHB

Additional parties listed below:

Illumina Inc.; Solexa Inc.,
    Counter Claimants.
v.
William Hone; Life Technologies Corporation; Applied Biosystems LLC; Institute for Protein Research;
Alexander Chetverin; Helena Chetverina,
    Counter Defendants.


Life Technologies Corporation; Applied Biosystems LLC,
    Counter Claimants.
v.
Illumina Inc.; Solexa Inc.,
    Counter Defendants.


Illumina Inc.; Solexa Inc.,
    Counter Claimants.
v.
Applied Biosystems LLC; Alexander Chetverin; Helena Chetverina; William Hone; Institute for Protein
Research; Life Technologies Corporation,
    Counter Defendants.


Illumina Inc.; Solexa Inc.,
    Counter Claimants.
v.
Applied Biosystems LLC; Alexander Chetverin; Helena Chetverina; William Hone; Institute for Protein
Research; Life Technologies Corporation,
    Counter Defendants.

Alexander Chetverin; Life Technologies Corporation; William Hone; Applied Biosystems LLC; Helena
Chetverina; Institute for Protein Research;
    Counter Claimant.
v.
Illumina Inc.,
    Counter Defendant.