# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Life Technologies Corporation et al., <br><br> Plaintiffs, <br><br> v. <br><br> Illumina Inc., et al., <br><br> Defendants. | CASE NO. 11 CV 00703-BTM (DHB) <br><br> **ORDER OF DISMISSAL** |

**IT IS HEREBY ORDERED** THAT:

(1) All pending claims, counterclaims, and counter-counterclaims concerning infringement and non-infringement of the Life Tech and Illumina Patents in the above-captioned matter are dismissed WITH PREJUDICE;

(2) Life Tech's pending counter-counterclaims of invalidity and enforceability of the Illumina Patents in the above-captioned matter are dismissed WITHOUT PREJUDICE; and

(3) Each party shall bear its own costs and attorneys' fees with respect to this action and the entry of this dismissal.

_____
Honorable Ted Moskowitz
United States District Court Judge

Dated: September 16, 2014